# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elisa Lieberman,<br><br>    Plaintiff,<br><br>        v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.  2:22-cv-06436-DSF-RAO<br><br>|PROPOSED| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of ONE THOUSAND FOUR HUNDRED AND NINE DOLLARS AND 70/100 ($1,409.70) as authorized by 28 U.S.C. § 2412 and costs in the amount of Four Hundred Dollars and 00/100  ($400.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: May 25, 2023

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE